UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ELIANTTE & CO.

      **Plaintiff,**         Index No. 20-cv-11113 (VM)

 v.

                   <u>**ORDER**</u>

**GERVONTA DAVIS,**

      **Defendant.**
------------------------------------------------------------------X

   **IT IS HEREBY ORDERED THATP,** based upon the Plaintiff's motion to serve process by alternative means pursuant to Fed. R. Civ. P. 4(e) and New York Rule of Civil Procedure 308(5), as supported by the declaration of Kenneth C. Murphy, dated January 6, 2020 and the exhibits filed therewith, and the memorandum of law filed in support thereof also dated January 6, 2021, that Defendant in this matter may be served with the Summons and Complaint by the following means:

  a. By overnight mail to Arnold C. Joseph, Esq. at Joseph & Associates, 1801 Market Street, Suite 2500, Philadelphia, Pennsylvania 19103 and by email to joseph@josephandassoc.com;

  b. By pdf copy attached to text messages sent to the telephone numbers in which the principal of Eliantte has corresponded with Davis in the past: (i) 702-981-0633; and (ii) 347-697-8104; and

  c. By pdf copy attached to electronic messages sent to Davis on his Instagram account; and

  d. By pdf copy sent to the telephone numbers in which the principal of Eliantte has corresponded with Davis's business manager, believed to be Ravone in the past: (i)

513-535-8464; and (ii) 513-903-7324 as well as by email to ravone@aboutbillions.com.

_____
Victor Marrero
U.S.D.J.

Dated: January  15 , 2021
New York, New York