```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eliantte & Co.,

                Plaintiffs,

    -against-

Gervonta Davis,

                Defendants.

1:20-cv-11113 (VM) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference in this action on Tuesday, August 17, 2021, at 11:00 a.m. to discuss the pending discovery disputes. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:      New York, New York
                 August 10, 2021

_____
STEWART D. AARON
United States Magistrate Judge