```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
ELIANTTE & CO.,                   :
                                  :
               Plaintiff,         :
                                  :       20 Civ. 11113 (VM)
        -against-                 :       ORDER
                                  :
GERVONTA DAVIS,                   :
                                  :
               Defendant.         :
----------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 9/16/2021

**VICTOR MARRERO, U.S.D.J.:**

Having been informed there is no immediate issue the parties plan to bring to the Court's attention, the Court hereby cancels the case management conference in this matter scheduled for September 17, 2021. The Court reminds the parties to comply with the Court's individual rules of practice with respective to any contemplated summary judgment motions.

**SO ORDERED:**

Dated:   New York, New York
         16 September 2021

_____
Victor Marrero
U.S.D.J.