```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
ELIANTTE & CO.,                   :
                                  :
                Plaintiff,        :
                                  :        21 Civ. 11113(VM)
        -against-                 :             ORDER
                                  :
GERVONTA DAVIS,                   :
                                  :
                Defendant.        :
---------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2021

**VICTOR MARRERO, U.S.D.J.:**

On September 23, 2021, Plaintiff filed a letter via fax requesting permission to file a motion for summary judgment. The Court became aware of this letter on October 7, 2021. The Court hereby order Defendant to respond to this letter via letter not to exceed three pages laying out his position on the anticipated motion. That letter is due October 22, 2021.

The parties are reminded that all filings must comply with the Individual Rules of Practice, specifically the Emergency Individual Rules and Practices in Light of Covid-19 that may be found here: https://www.nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED:**

Dated:   New York, New York
         08 October 2021

_____
Victor Marrero
U.S.D.J.