UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELIANTTE & CO,

                        Plaintiff,

      -against-                                      20 **CIVIL** 11113 (VM)

                                                                   **JUDGMENT**

GERVONTA DAVIS,

                        Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated May 31, 2022, the motion of plaintiff Eliantte & Co. for partial summary judgment is GRANTED as to Count V of the complaint. Judgment is entered in favor of Eliantte against defendant Gervonta Davis in the amount of $486,671.25 plus interest at the statutory rate of nine percent per year from the date of the underlying invoice until the date of payment.

**Dated:** New York, New York

       June 3, 2022

                                                                    **RUBY J. KRAJICK**

                                                                     **Clerk of Court**
                                      **BY:**      *K. Mango*

                                                                       **Deputy Clerk**