```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ELIANTTE & CO.,

              Plaintiff,

    - against -

GERVONTA DAVIS,

              Defendant.

20 CV 11113 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court Clerk is respectfully directed close the case and terminate any pending motions.

**SO ORDERED.**

Dated:    1 MARCH 2023
             New York, New York

                                                        Victor Marrero
                                                        U.S.D.J.